# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Barry Peters | § | Case No. 14-41210 |
| Julie Ann Peters | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/14/2014 . The undersigned trustee was appointed on 11/14/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     100,664.79

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 13,530.95 |
   | Bank service fees | 997.97 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 21,140.22 |
   | Exemptions paid to the debtor | 600.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 64,395.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 07/30/2015 and the deadline for filing governmental claims was 07/30/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,425.98 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,425.98 , for a total compensation of $ 6,425.98 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.24 , for total expenses of $ 17.24 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/19/2018               By: /s/Joji Takada, Chapter 7 Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-41210 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Barry Peters | | | | Date Filed (f) or Converted (c): | 11/14/2014 (f) |
| | Julie Ann Peters | | | | 341(a) Meeting Date: | 12/08/2014 |
| For Period Ending: | 03/19/2018 | | | | Claims Bar Date: | 07/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Residence 13 Hickory Lane Oswego, Il 60543 | 270,000.00 | 0.00 | | 0.00 | FA |
| 2. 2223 Marmion Ave Joliet, Il 60436 Julie Peters Holds A 1/2 I | 39,000.00 | 41,812.00 | | 50,000.00 | FA |
| 3. Checking Acct #Xxxx0678 Scottrade Bank 12800 Corporate Hill | 100.00 | 0.00 | | 0.00 | FA |
| 4. Money Mkt Acct #Xxxx6656 Scottrade Bank 12800 Corporate Hill | 9,000.00 | 0.00 | | 0.00 | FA |
| 5. 1/2 Interest In Checking Acct #Xxxx1301 First American Bank | 600.00 | 0.00 | | 664.79 | FA |
| 6. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Possible Medical Negligence Action In Connection With The Ca | 0.00 | 0.00 | OA | 50,000.00 | FA |
| 8. 2002 Cadillac Dhs - 98000 Miles | 3,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $323,200.00 | $41,812.00 | $100,664.79 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reviewing rental real estate value; Hiring broker to list and market property. - Joji Takada 3/25/2015

Joliet real estate sold; Distributions paid to non-debtor joint owners. - Joji Takada 8/12/2015

PI counsel hired; Complaint filed; First status date set for October 8, 2015. - Joji Takada 9/29/2015

Monitoring PI litigation.- Joji Takada 12/22/2015

Monitoring PI litigation.- Joji Takada 6/2/2016

Monitoring PI litigation.- Joji Takada 10/25/2016

Monitoring PI litigation.- Joji Takada 3/5/2016

Monitoring PI litigation.- Joji Takada 8/2/2016

Monitoring PI litigation.- Joji Takada 10/28/2016

Debtor passed away; Surviving family offered payment in full of all creditors/estate expenses; Motion to abandon litigation. - Joji Takada 11/15/2017

Consulting with accounting professional re: need for tax returns. - Joji Takada 12/13/2017




Initial Projected Date of Final Report (TFR): 11/14/2016          Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No.: 14-41210 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Barry Peters | Bank Name: Associated Bank |
| Julie Ann Peters | Account Number/CD#: XXXXXX0056 |
| | Checking |
| Taxpayer ID No: XX-XXX2702 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 5 | Julie Peters | Cash Deposits Liquidation of checking account | | 1129-000 | $664.79 | | $664.79 |
| 04/22/15 | 1001 | City Of Joliet PO Box 5001 Joliet, Illinois 60434-5001 | Administrative Expense Post-petition utility bill re 2223 Marmion rental property | | 2420-000 | | $143.86 | $520.93 |
| 04/22/15 | 1002 | Comed PO Box 6111 Carol Stream, Illinois 60197-6111 | Administrative Expense Post-petition utility bill re 2223 Marmion | | 2420-000 | | $99.05 | $421.88 |
| 04/22/15 | 1003 | Nicor Gas PO Box 5407 Carol Stream, Illinois 60197-5407 | Administrative Expense Post-petition utility bill re 2223 Marmion | | 2420-000 | | $135.87 | $286.01 |
| 07/23/15 | | Chicago Title and Trust | Proceeds from sale | | | $42,280.45 | | $42,566.46 |
| | | | Gross Receipts | $50,000.00 | | | | |
| | | Northside Realty | Real estate broker commission payment | ($2,500.00) | 3510-000 | | | |
| | | Taxes for half of 2014 and 2015 | Real estate taxes | ($1,110.78) | 2500-000 | | | |
| | | Title Charges, Recording and Transfer Charges | Title closing costs and expenses | ($828.00) | 2500-000 | | | |
| | | Joliet transfer stamp and wate bill | Title closing costs and expenses | ($697.22) | 2500-000 | | | |
| | | Julie Ann Peters | Title closing costs and expenses | ($250.00) | 2500-000 | | | |
| | | Will County taxes first installment 2014 | Real estate taxes | ($624.68) | 2500-000 | | | |
| | | Gas and electric bill | Title closing costs and expenses | ($33.87) | 2500-000 | | | |
| | | Jonikas | Title closing costs and expenses | ($75.00) | 2500-000 | | | |
| | | Credit to buyer for owner's policy | Title closing costs and expenses | ($1,600.00) | 2500-000 | | | |
| | 2 | | 2223 Marmion Ave Joliet, Il 60436 Julie Peters Holds A 1/2 I | $50,000.00 | 1110-000 | | | |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $18.67 | $42,547.79 |

Page Subtotals:    $42,945.24    $397.45

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-41210  
Case Name: Barry Peters  
Julie Ann Peters  
Taxpayer ID No: XX-XXX2702  
For Period Ending: 03/19/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0056  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/10/15 | 1004 | Bump, James<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-002 | | $3,523.37 | $39,024.42 |
| 08/10/15 | 1005 | Bump, James<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-000 | | $55.40 | $38,969.02 |
| 08/10/15 | 1006 | Bump, Julia<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-002 | | $3,523.37 | $35,445.65 |
| 08/10/15 | 1007 | Bump, Julia<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-000 | | $55.40 | $35,390.25 |
| 08/10/15 | 1008 | Bump, Eric<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Payment to joint-owner | 8500-002 | | $3,523.37 | $31,866.88 |
| 08/10/15 | 1009 | Bump, Eric<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Payment to joint-owner | 8500-000 | | $55.40 | $31,811.48 |
| 08/10/15 | 1010 | Estrada, Charlandra<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-002 | | $3,523.37 | $28,288.11 |
| 08/10/15 | 1011 | Estrada, Charlandra<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-000 | | $55.40 | $28,232.71 |
| 08/10/15 | 1012 | Bump, Nancy Sarah<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-002 | | $3,523.37 | $24,709.34 |
| 08/10/15 | 1013 | Bump, Nancy Sarah<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-000 | | $55.40 | $24,653.94 |

Page Subtotals:    $0.00    $17,893.85

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-41210 | Trustee Name: | Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: | Barry Peters | Bank Name: | Associated Bank | |
| | Julie Ann Peters | Account Number/CD#: | XXXXXX0056 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2702 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/19/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/10/15 | 1014 | Wyrill, Michael<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-002 | | $3,523.37 | $21,130.57 |
| 08/10/15 | 1015 | Wyrill, Michael<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-000 | | $55.40 | $21,075.17 |
| 08/14/15 | 1015 | Wyrill, Michael<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner Reversal Incorrect payee | 8500-000 | | ($55.40) | $21,130.57 |
| 08/14/15 | 1013 | Bump, Nancy Sarah<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner Reversal Incorrect payee | 8500-000 | | ($55.40) | $21,185.97 |
| 08/14/15 | 1011 | Estrada, Charlandra<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner Reversal Incorrect payee | 8500-000 | | ($55.40) | $21,241.37 |
| 08/14/15 | 1009 | Bump, Eric<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Payment to joint-owner Reversal Incorrect payee | 8500-000 | | ($55.40) | $21,296.77 |
| 08/14/15 | 1007 | Bump, Julia<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner Reversal Incorrect payee | 8500-000 | | ($55.40) | $21,352.17 |
| 08/14/15 | 1005 | Bump, James<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner Reversal Incorrect payee | 8500-000 | | ($55.40) | $21,407.57 |
| 08/14/15 | 1016 | Julie Peters<br>c/o FOOTE, MIELKE, CHAVEZ & ONEIL<br>10 W STATE ST, SUITE 200<br>GENEVA, IL 60134<br>ATTN: Alex McTavish | Exemption claimed in rental bank account | 8100-002 | | $600.00 | $20,807.57 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.24 | $20,744.33 |

Page Subtotals: $0.00   $3,909.61

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-41210 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Barry Peters | Bank Name: Associated Bank |
| Julie Ann Peters | Account Number/CD#: XXXXXX0056 |
| | Checking |
| Taxpayer ID No: XX-XXX2702 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.02 | $20,707.31 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.79 | $20,676.52 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.75 | $20,646.77 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.70 | $20,616.07 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.65 | $20,585.42 |
| 02/20/16 | 1017 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Zane Zielinski | Payment to trustee professional | 3210-000 | | $4,270.00 | $16,315.42 |
| 02/20/16 | 1018 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sarah Lorber | Payment to trustee professional | 3320-000 | | $176.00 | $16,139.42 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.56 | $16,111.86 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.96 | $16,087.90 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.15 | $16,064.75 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.88 | $16,040.87 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.08 | $16,017.79 |

Page Subtotals:          $0.00          $4,726.54

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-41210 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Barry Peters | Bank Name: Associated Bank |
| Julie Ann Peters | Account Number/CD#: XXXXXX0056 |
| | Checking |
| Taxpayer ID No: XX-XXX2702 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.82 | $15,993.97 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.78 | $15,970.19 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.98 | $15,947.21 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.71 | $15,923.50 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.91 | $15,900.59 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.64 | $15,876.95 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.61 | $15,853.34 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $15,832.05 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.54 | $15,808.51 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.75 | $15,785.76 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.47 | $15,762.29 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.68 | $15,739.61 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.40 | $15,716.21 |

Page Subtotals: $0.00   $301.58

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-41210 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Barry Peters | Bank Name: Associated Bank |
| Julie Ann Peters | Account Number/CD#: XXXXXX0056 |
| | Checking |
| Taxpayer ID No: XX-XXX2702 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.37 | $15,692.84 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.58 | $15,670.26 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.30 | $15,646.96 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.51 | $15,624.45 |
| 12/18/17 | 7 | Douglas Peters | Settlement payment Payment from Debtor's surviving family to payoff all claims/estate expenses in lieu of keeping case open to administer PI litigation | 1142-000 | $50,000.00 | | $65,624.45 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.79 | $65,567.66 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.47 | $65,470.19 |
| 03/01/18 | 1019 | Callero LLP, Callero and 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Distribution Accounting professional fee | 3410-000 | | $986.62 | $64,483.57 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.92 | $64,395.65 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $92,945.24 | $28,549.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $92,945.24 | $28,549.59 |
| Less: Payments to Debtors | $0.00 | $600.00 |
| Net | $92,945.24 | $27,949.59 |

| | | |
|---|---:|---:|
| Page Subtotals: | $50,000.00 | $1,320.56 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 10)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0056 - Checking | $92,945.24 | $27,949.59 | $64,395.65 |
|  | $92,945.24 | $27,949.59 | $64,395.65 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $7,719.55 |
|---|---|
| Total Net Deposits: | $92,945.24 |
| Total Gross Receipts: | $100,664.79 |

Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-41210  
Debtor Name: Barry Peters  
Claims Bar Date: 7/30/2015  

Date: March 19, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8500 | Eric Bump<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Administrative | | $0.00 | $3,523.37 | $3,523.37 |
| 99 8500 | Eric Bump<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Administrative | | $0.00 | $0.00 | $0.00 |
| 99 8500 | James Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | | $0.00 | $3,523.37 | $3,523.37 |
| 99 8500 | James Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | | $0.00 | $0.00 | $0.00 |
| 99 8500 | Julia Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | | $0.00 | $0.00 | $0.00 |
| 99 8500 | Julia Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | | $0.00 | $3,523.37 | $3,523.37 |
| 99 8500 | Nancy Sarah Bump<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | | $0.00 | $3,523.37 | $3,523.37 |
| 99 8500 | Nancy Sarah Bump<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | | $0.00 | $0.00 | $0.00 |
| 99 8500 | Charlandra Estrada<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | | $0.00 | $3,523.37 | $3,523.37 |

Page 1                                      Printed: March 19, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-41210  
Debtor Name: Barry Peters  
Claims Bar Date: 7/30/2015  

Date: March 19, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8500 | Charlandra Estrada<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | | $0.00 | $0.00 | $0.00 |
| 99 8500 | Michael Wyrill<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | | $0.00 | $0.00 | $0.00 |
| 99 8500 | Michael Wyrill<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | | $0.00 | $3,523.37 | $3,523.37 |
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $6,425.98 | $6,425.98 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $17.24 | $17.24 |
| 100 2420 | City of Joliet<br>PO Box 5001<br>Joliet, Illinois 60434-5001 | Administrative | | $0.00 | $143.86 | $143.86 |
| 100 2420 | Comed<br>PO Box 6111<br>Carol Stream, Illinois 60197-6111 | Administrative | | $0.00 | $99.05 | $99.05 |
| 100 2420 | Nicor Gas<br>PO Box 5407<br>Carol Stream, Illinois 60197-5407 | Administrative | | $0.00 | $135.87 | $135.87 |
| 100 3210 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $4,270.00 | $4,270.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-41210  
Debtor Name: Barry Peters  
Claims Bar Date: 7/30/2015  

Date: March 19, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3320 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $176.00 | $176.00 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $1,174.50 | $986.62 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $7,632.81 | $7,632.81 |
| 2 300 7100 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $5,175.75 | $5,175.75 |
| 3 300 7100 | Red Carpet Enterprises<br>435 Pennsylvania Ave<br>Glen Ellyn, Il 60137 | Unsecured | | $0.00 | $1,500.00 | $1,500.00 |
| 4 300 7100 | Wells Fargo Card Services<br>1 Home Campus<br>3Rd Floor<br>Des Moines, Ia 50328 | Unsecured | | $0.00 | $20,012.96 | $20,012.96 |
| 5 300 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $8,055.77 | $8,055.77 |
| | Case Totals | | | $0.00 | $75,960.01 | $75,772.13 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Case Number: 14-41210  
Debtor Name: Peters, Barry

Date: March 19, 2018  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $64,395.65 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | 100 | $6,425.98 | $0.00 | $6,425.98 | $6,425.98 | $0.00 | $0.00 | $6,425.98 | $57,969.67 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | 100 | $17.24 | $0.00 | $17.24 | $17.24 | $0.00 | $0.00 | $17.24 | $57,952.43 |
| | James Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | 99 | $3,523.37 | $3,523.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Julia Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | 99 | $3,523.37 | $3,523.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Eric Bump<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Administrative | 99 | $3,523.37 | $3,523.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Charlandra Estrada<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | 99 | $3,523.37 | $3,523.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Nancy Sarah Bump<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | 99 | $3,523.37 | $3,523.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Michael Wyrill<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | 99 | $3,523.37 | $3,523.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Charlandra Estrada<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |

Case Number: 14-41210  
Debtor Name: Peters, Barry

Date: March 19, 2018

PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Eric Bump<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Administrative | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | James Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Julia Bump<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Administrative | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Michael Wyrill<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Nancy Sarah Bump<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Administrative | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | 100 | $4,270.00 | $4,270.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | 100 | $176.00 | $176.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | 100 | $986.62 | $986.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | City of Joliet<br>PO Box 5001<br>Joliet, Illinois 60434-5001 | Administrative | 100 | $143.86 | $143.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |

Case Number: 14-41210  
Debtor Name: Peters, Barry

Date: March 19, 2018  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Comed<br>PO Box 6111<br>Carol Stream, Illinois 60197-6111 | Administrative | 100 | $99.05 | $99.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| | Nicor Gas<br>PO Box 5407<br>Carol Stream, Illinois 60197-5407 | Administrative | 100 | $135.87 | $135.87 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,952.43 |
| Subtotals for Class Administrative 100.00% | | | | $33,394.84 | $26,951.62 | $6,443.22 | $6,443.22 | $0.00 | $0.00 | $6,443.22 | |
| 1 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | 300 | $7,632.81 | $0.00 | $7,632.81 | $7,632.81 | $0.00 | $30.67 | $7,663.48 | $50,288.95 |
| 2 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | 300 | $5,175.75 | $0.00 | $5,175.75 | $5,175.75 | $0.00 | $20.79 | $5,196.54 | $45,092.41 |
| 3 | Red Carpet Enterprises<br>435 Pennsylvania Ave<br>Glen Ellyn, Il 60137 | Unsecured | 300 | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $6.03 | $1,506.03 | $43,586.38 |
| 4 | Wells Fargo Card Services<br>1 Home Campus<br>3Rd Floor<br>Des Moines, Ia 50328 | Unsecured | 300 | $20,012.96 | $0.00 | $20,012.96 | $20,012.96 | $0.00 | $80.40 | $20,093.36 | $23,493.02 |
| 5 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | 300 | $8,055.77 | $0.00 | $8,055.77 | $8,055.77 | $0.00 | $32.36 | $8,088.13 | $15,404.89 |
| | Barry Peters and Julie Ann Peters | Unsecured | 999 | $15,404.89 | $0.00 | $15,404.89 | $15,404.89 | $0.00 | $0.00 | $15,404.89 | $0.00 |
| Subtotals for Class Unsecured 100.29% | | | | $57,782.18 | $0.00 | $57,782.18 | $57,782.18 | $0.00 | $170.25 | $57,952.43 | |
| Totals | | | | $91,177.02 | $26,951.62 | $64,225.40 | $64,225.40 | $0.00 | $170.25 | $64,395.65 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.12% interest from 11/14/2014 to 03/19/2018.

Date Printed 3/19/2018 12:51:20 PM

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-41210
Case Name: Barry Peters
　　　　　　Julie Ann Peters
Trustee Name: Joji Takada, Chapter 7 Trustee

　　　　Balance on hand　　　　　　　　　　　　　　　　　　$　　　64,395.65

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 6,425.98 | $ 0.00 | $ 6,425.98 |
| Trustee Expenses: Joji Takada | $ 17.24 | $ 0.00 | $ 17.24 |
| Attorney for Trustee Fees: Law Office of William Factor | $ 4,270.00 | $ 4,270.00 | $ 0.00 |
| Accountant for Trustee Expenses: Law Office of William Factor | $ 176.00 | $ 176.00 | $ 0.00 |
| Other: Callero and Callero LLP | $ 986.62 | $ 986.62 | $ 0.00 |
| Other: City of Joliet | $ 143.86 | $ 143.86 | $ 0.00 |
| Other: Comed | $ 99.05 | $ 99.05 | $ 0.00 |
| Other: Nicor Gas | $ 135.87 | $ 135.87 | $ 0.00 |

　　Total to be paid for chapter 7 administrative expenses　　　$　　　6,443.22

　　Remaining Balance　　　　　　　　　　　　　　　　　　$　　　57,952.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,377.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,632.81 | $ 0.00 | $ 7,632.81 |
| 2 | Capital One Bank (Usa) N. A. | $ 5,175.75 | $ 0.00 | $ 5,175.75 |
| 3 | Red Carpet Enterprises | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| 4 | Wells Fargo Card Services | $ 20,012.96 | $ 0.00 | $ 20,012.96 |
| 5 | Portfolio Recovery Associates, Llc | $ 8,055.77 | $ 0.00 | $ 8,055.77 |
| | Total to be paid to timely general unsecured creditors | | | $ 42,377.29 |
| | Remaining Balance | | | $ 15,575.14 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 170.25 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 15,404.89 .