**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-41210 |
| Barry Peters | § | Chapter 7 |
| Julie Ann Peters | § | |
|     Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of the Court
    219 South Dearborn
    Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
    Date:        6/1/2018
    Time:       10:00 a.m.
    Location:    Joliet City Hall
                 Second Floor
                 150 West Jefferson Street
                 Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   5/2/2018           By:   */s/ Joji Takada*
                                                                 Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| Barry Peters | § | Case No. 14-41210 |
| Julie Ann Peters | § | |
| | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,664.79 |
| and approved disbursements of | $ | 36,269.14 |
| leaving a balance on hand of[1] | $ | 64,395.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 6,425.98 | $ 0.00 | $ 6,425.98 |
| Trustee Expenses: Joji Takada | $ 17.24 | $ 0.00 | $ 17.24 |
| Attorney for Trustee Fees: Law Office of William Factor | $ 4,270.00 | $ 4,270.00 | $ 0.00 |
| Accountant for Trustee Expenses: Law Office of William Factor | $ 176.00 | $ 176.00 | $ 0.00 |
| Other: Callero and Callero LLP | $ 986.62 | $ 986.62 | $ 0.00 |
| Other: City of Joliet | $ 143.86 | $ 143.86 | $ 0.00 |
| Other: Comed | $ 99.05 | $ 99.05 | $ 0.00 |
| Other: Nicor Gas | $ 135.87 | $ 135.87 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | Total to be paid for chapter 7 administrative expenses | $ 6,443.22 |
|---|---|---|
| | Remaining Balance | $ 57,952.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,377.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 7,632.81 | $ 0.00 | $ 7,632.81 |
| 2 | Capital One Bank (Usa) N. A. | $ 5,175.75 | $ 0.00 | $ 5,175.75 |
| 3 | Red Carpet Enterprises | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| 4 | Wells Fargo Card Services | $ 20,012.96 | $ 0.00 | $ 20,012.96 |
| 5 | Portfolio Recovery Associates, Llc | $ 8,055.77 | $ 0.00 | $ 8,055.77 |
| | Total to be paid to timely general unsecured creditors | | | $ 42,377.29 |
| | Remaining Balance | | | $ 15,575.14 |

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 170.25 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 15,404.89 .

                                        Prepared By: Joji Takada
                                                                             Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-41210 |
| | § | Chapter 7 |
| BARRY PETERS | § | |
| JULIE ANN PETERS | § | |
| Debtor(s) | § | |

TO:   See attached Service List

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Date:   5 / 2   , 2018         */s/ Joji Takada*
                                        Bankruptcy Trustee

Prepared by:
Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

## SERVICE LIST

**Electronic Mail Notice List**

- Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
- G. Alexander McTavish  amctavish@fmcolaw.com
- Christopher J Stasko  ND-Four@il.cslegal.com
- Zane L Zielinski  trustee@zanezielinski.com, fax@zanezielinski.com

**First Class Mail Notice List**

*Discover Bank*
*Discover Products Inc*
*PO Box 3025*
*New Albany, OH 43054-3025*

*Red Carpet Enterprises*
*435 Pennsylvania Ave*
*Glen Ellyn, IL 60137*

*Portfolio Recovery Associates, LLC*
*POB 41067*
*Norfolk VA 23541*

*Capital One Bank (USA), N.A.*
*by American InfoSource LP as agent*
*PO Box 71083*
*Charlotte, NC 28272-1083*

*Wells Fargo Card Services*
*1 Home Campus*
*3rd Floor*
*Des Moines, IA 50328*

*Barry Peters*
*Julie Ann Peters*
*13 Hickory Lane*
*Oswego, IL 60543*