UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
Barry Peters § Case No. 14-41210
Julie Ann Peters §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 225,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 59,200.00 |
| Total Distributions to Claimants:  42,547.54 | Claims Discharged<br>Without Payment:  385,032.00 |
| Total Expenses of Administration:  20,972.14 | |

3) Total gross receipts of $ 100,664.79  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 37,145.11  (see **Exhibit 2**), yielded net receipts of $ 63,519.68  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 336,482.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,160.02 | 20,972.14 | 20,972.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 48,550.00 | 42,377.29 | 42,377.29 | 42,547.54 |
| **TOTAL DISBURSEMENTS** | $ 385,032.00 | $ 63,537.31 | $ 63,349.43 | $ 63,519.68 |

4) This case was originally filed under chapter 7 on 11/14/2014. The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2019           By:/s/Joji Takada, Chapter 7 Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2223 Marmion Ave Joliet, Il 60436 Julie Peters Holds A 1/2 I | 1110-000 | 50,000.00 |
| 1/2 Interest In Checking Acct #Xxxx1301 First American Bank | 1129-000 | 664.79 |
| Possible Medical Negligence Action In Connection With The Ca | 1142-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,664.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Julie Peters | Exemptions | 8100-002 | 600.00 |
| Barry Peters and Julie Ann Peters | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 15,404.89 |
| Bump, Eric | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,523.37 |
| Bump, James | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,523.37 |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bump, Julia | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,523.37 |
| Bump, Nancy Sarah | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,523.37 |
| Estrada, Charlandra | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,523.37 |
| Wyrill, Michael | Non-Estate Funds Paid to Third Parties | 8500-002 | 3,523.37 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 37,145.11** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank Home Mortgage PO Box 21948 Eagen, MN 55121-4201 | | 336,482.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 336,482.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 6,425.98 | 6,425.98 | 6,425.98 |
| Joji Takada | 2200-000 | NA | 17.24 | 17.24 | 17.24 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City of Joliet | 2420-000 | NA | 143.86 | 143.86 | 143.86 |
| Comed | 2420-000 | NA | 99.05 | 99.05 | 99.05 |
| Nicor Gas | 2420-000 | NA | 135.87 | 135.87 | 135.87 |
| Credit to buyer for owner's policy | 2500-000 | NA | 1,600.00 | 1,600.00 | 1,600.00 |
| Gas and electric bill | 2500-000 | NA | 33.87 | 33.87 | 33.87 |
| Joliet transfer stamp and wate bill | 2500-000 | NA | 697.22 | 697.22 | 697.22 |
| Jonikas | 2500-000 | NA | 75.00 | 75.00 | 75.00 |
| Julie Ann Peters | 2500-000 | NA | 250.00 | 250.00 | 250.00 |
| Taxes for half of 2014 and 2015 | 2500-000 | NA | 1,110.78 | 1,110.78 | 1,110.78 |
| Title Charges, Recording and Transfer Charges | 2500-000 | NA | 828.00 | 828.00 | 828.00 |
| Will County taxes first installment 2014 | 2500-000 | NA | 624.68 | 624.68 | 624.68 |
| Associated Bank | 2600-000 | NA | 997.97 | 997.97 | 997.97 |
| Law Office of William Factor | 3210-000 | NA | 4,270.00 | 4,270.00 | 4,270.00 |
| Law Office of William Factor | 3320-000 | NA | 176.00 | 176.00 | 176.00 |
| Callero and Callero LLP | 3410-000 | NA | 1,174.50 | 986.62 | 986.62 |
| Northside Realty | 3510-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 21,160.02 | $ 20,972.14 | $ 20,972.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | 4,947.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Card Member Svcs PO Box 15548 Wilmington, DE 19886-5548 |  | 7,837.00 | NA | NA | 0.00 |
|  | Discover PO Box 3008 New Albany, OH 43054-3008 |  | 7,219.00 | NA | NA | 0.00 |
|  | Red Carpet Enterprises 435 Pennsylvania Ave Glen Ellyn, IL 60137 |  | 0.00 | NA | NA | 0.00 |
|  | US Bank PO Box 790408 Saint Louis, MO 63179-0408 |  | 9,279.00 | NA | NA | 0.00 |
|  | Wells Fargo Card Svcs PO Box 30086 Los Angeles, CA 90030 |  | 19,268.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa) N. A. | 7100-000 | NA | 5,175.75 | 5,175.75 | 5,175.75 |
| 1 | Discover Bank | 7100-000 | NA | 7,632.81 | 7,632.81 | 7,632.81 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 8,055.77 | 8,055.77 | 8,055.77 |
| 3 | Red Carpet Enterprises | 7100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| 4 | Wells Fargo Card Services | 7100-000 | NA | 20,012.96 | 20,012.96 | 20,012.96 |
|  | Capital One Bank (Usa) N. A. | 7990-000 | NA | NA | NA | 20.79 |
|  | Discover Bank | 7990-000 | NA | NA | NA | 30.67 |

Case 14-41210   Doc 68   Filed 03/08/19   Entered 03/08/19 14:28:42   Desc Main
          Document      Page 8 of 20

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Associates, Llc | 7990-000 | NA | NA | NA | 32.36 |
| | Red Carpet Enterprises | 7990-000 | NA | NA | NA | 6.03 |
| | Wells Fargo Card Services | 7990-000 | NA | NA | NA | 80.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 48,550.00 | $ 42,377.29 | $ 42,377.29 | $ 42,547.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-41210 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Barry Peters | | | | | Date Filed (f) or Converted (c): | 11/14/2014 (f) |
| | Julie Ann Peters | | | | | 341(a) Meeting Date: | 12/08/2014 |
| For Period Ending: | 02/13/2019 | | | | | Claims Bar Date: | 07/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Residence 13 Hickory Lane Oswego, Il 60543 | 270,000.00 | 0.00 | | 0.00 | FA |
| 2. 2223 Marmion Ave Joliet, Il 60436 Julie Peters Holds A 1/2 I | 39,000.00 | 41,812.00 | | 50,000.00 | FA |
| 3. Checking Acct #Xxxx0678 Scottrade Bank 12800 Corporate Hill | 100.00 | 0.00 | | 0.00 | FA |
| 4. Money Mkt Acct #Xxxx6656 Scottrade Bank 12800 Corporate Hill | 9,000.00 | 0.00 | | 0.00 | FA |
| 5. 1/2 Interest In Checking Acct #Xxxx1301 First American Bank | 600.00 | 0.00 | | 664.79 | FA |
| 6. Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Possible Medical Negligence Action In Connection With The Ca | 0.00 | 0.00 | OA | 50,000.00 | FA |
| 8. 2002 Cadillac Dhs - 98000 Miles | 3,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $323,200.00 | $41,812.00 | | $100,664.79 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reviewing rental real estate value; Hiring broker to list and market property. - Joji Takada 3/25/2015

Joliet real estate sold; Distributions paid to non-debtor joint owners. - Joji Takada 8/12/2015

PI counsel hired; Complaint filed; First status date set for October 8, 2015. - Joji Takada 9/29/2015

Monitoring PI litigation.- Joji Takada 12/22/2015

Monitoring PI litigation.- Joji Takada 6/2/2016

Monitoring PI litigation.- Joji Takada 10/25/2016

Monitoring PI litigation.- Joji Takada 3/5/2016

Monitoring PI litigation.- Joji Takada 8/2/2016

Monitoring PI litigation.- Joji Takada 10/28/2016

Debtor passed away; Surviving family offered payment in full of all creditors/estate expenses; Motion to abandon litigation. - Joji Takada 11/15/2017

Consulting with accounting professional re: need for tax returns for abandonment. - Joji Takada 12/13/2017

Preparing TFR. - Joji Takada 3/19/2018

TFR filed. - Joji Takada 5/16/2018

Awaiting clearance of distirbution checks. - Joji Takada 8/26/2018

Prepare TDR. - Joji Takada 12/26/2018


Initial Projected Date of Final Report (TFR): 11/14/2016    Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-41210  
Case Name: Barry Peters  
Julie Ann Peters  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0056  
Checking  

Taxpayer ID No: XX-XXX2702  
For Period Ending: 02/13/2019  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/15 | 5 | Julie Peters | Cash Deposits Liquidation of checking account | 1129-000 | $664.79 | | $664.79 |
| 04/22/15 | 1001 | City Of Joliet PO Box 5001 Joliet, Illinois 60434-5001 | Administrative Expense Post-petition utility bill re 2223 Marmion rental property | 2420-000 | | $143.86 | $520.93 |
| 04/22/15 | 1002 | Comed PO Box 6111 Carol Stream, Illinois 60197-6111 | Administrative Expense Post-petition utility bill re 2223 Marmion | 2420-000 | | $99.05 | $421.88 |
| 04/22/15 | 1003 | Nicor Gas PO Box 5407 Carol Stream, Illinois 60197-5407 | Administrative Expense Post-petition utility bill re 2223 Marmion | 2420-000 | | $135.87 | $286.01 |
| 07/23/15 | | Chicago Title and Trust | Proceeds from sale | | $42,280.45 | | $42,566.46 |
| | | | Gross Receipts $50,000.00 | | | | |
| | | Northside Realty | Real estate broker commission payment ($2,500.00) | 3510-000 | | | |
| | | Taxes for half of 2014 and 2015 | Real estate taxes ($1,110.78) | 2500-000 | | | |
| | | Title Charges, Recording and Transfer Charges | Title closing costs and expenses ($828.00) | 2500-000 | | | |
| | | Joliet transfer stamp and wate bill | Title closing costs and expenses ($697.22) | 2500-000 | | | |
| | | Julie Ann Peters | Title closing costs and expenses ($250.00) | 2500-000 | | | |
| | | Will County taxes first installment 2014 | Real estate taxes ($624.68) | 2500-000 | | | |
| | | Gas and electric bill | Title closing costs and expenses ($33.87) | 2500-000 | | | |
| | | Jonikas | Title closing costs and expenses ($75.00) | 2500-000 | | | |
| | | Credit to buyer for owner's policy | Title closing costs and expenses ($1,600.00) | 2500-000 | | | |
| | 2 | | 2223 Marmion Ave Joliet, Il 60436 Julie Peters Holds A 1/2 I $50,000.00 | 1110-000 | | | |
| | | | Page Subtotals: | | $42,945.24 | $378.78 | |

UST Form 101-7-TDR (10/1/2010)   (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-41210 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Barry Peters | Bank Name: Associated Bank | |
| Julie Ann Peters | Account Number/CD#: XXXXXX0056 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2702 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/13/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.67 | $42,547.79 |
| 08/10/15 | 1004 | Bump, James<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-002 | | $3,523.37 | $39,024.42 |
| 08/10/15 | 1005 | Bump, James<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-000 | | $55.40 | $38,969.02 |
| 08/10/15 | 1006 | Bump, Julia<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-002 | | $3,523.37 | $35,445.65 |
| 08/10/15 | 1007 | Bump, Julia<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner | 8500-000 | | $55.40 | $35,390.25 |
| 08/10/15 | 1008 | Bump, Eric<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Payment to joint-owner | 8500-002 | | $3,523.37 | $31,866.88 |
| 08/10/15 | 1009 | Bump, Eric<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Payment to joint-owner | 8500-000 | | $55.40 | $31,811.48 |
| 08/10/15 | 1010 | Estrada, Charlandra<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-002 | | $3,523.37 | $28,288.11 |
| 08/10/15 | 1011 | Estrada, Charlandra<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-000 | | $55.40 | $28,232.71 |

Page Subtotals: $0.00    $14,333.75

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 14-41210 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Barry Peters | Bank Name: | Associated Bank |
| | Julie Ann Peters | Account Number/CD#: | XXXXXX0056 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2702 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/10/15 | 1012 | Bump, Nancy Sarah<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-002 | | $3,523.37 | $24,709.34 |
| 08/10/15 | 1013 | Bump, Nancy Sarah<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-000 | | $55.40 | $24,653.94 |
| 08/10/15 | 1014 | Wyrill, Michael<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-002 | | $3,523.37 | $21,130.57 |
| 08/10/15 | 1015 | Wyrill, Michael<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner | 8500-000 | | $55.40 | $21,075.17 |
| 08/14/15 | 1015 | Wyrill, Michael<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner<br>Reversal<br>Incorrect payee | 8500-000 | | ($55.40) | $21,130.57 |
| 08/14/15 | 1013 | Bump, Nancy Sarah<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner<br>Reversal<br>Incorrect payee | 8500-000 | | ($55.40) | $21,185.97 |
| 08/14/15 | 1011 | Estrada, Charlandra<br>26870 32nd Avenue<br>Alder Grove, British Columbia<br>Canada V4W-3L5 | Payment to joint-owner<br>Reversal<br>Incorrect payee | 8500-000 | | ($55.40) | $21,241.37 |
| 08/14/15 | 1009 | Bump, Eric<br>2144 Anita Drive<br>Port Coquitlam, British Columbia<br>Canada V3C-1H3 | Payment to joint-owner<br>Reversal<br>Incorrect payee | 8500-000 | | ($55.40) | $21,296.77 |
| | | | Page Subtotals: | | $0.00 | $6,935.94 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-41210 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Barry Peters | Bank Name: | Associated Bank | |
| | Julie Ann Peters | Account Number/CD#: | XXXXXX0056 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2702 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/13/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/14/15 | 1007 | Bump, Julia<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner<br>Reversal<br>Incorrect payee | 8500-000 | | ($55.40) | $21,352.17 |
| 08/14/15 | 1005 | Bump, James<br>3601 SW 112 Street<br>Seattle, Washington 98146 | Payment to joint-owner<br>Reversal<br>Incorrect payee | 8500-000 | | ($55.40) | $21,407.57 |
| 08/14/15 | 1016 | Julie Peters<br>c/o FOOTE, MIELKE, CHAVEZ & ONEIL<br>10 W STATE ST, SUITE 200<br>GENEVA, IL  60134<br>ATTN: Alex McTavish | Exemption claimed in rental bank account | 8100-002 | | $600.00 | $20,807.57 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.24 | $20,744.33 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.02 | $20,707.31 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.79 | $20,676.52 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.75 | $20,646.77 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.70 | $20,616.07 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.65 | $20,585.42 |
| 02/20/16 | 1017 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Zane Zielinski | Payment to trustee professional | 3210-000 | | $4,270.00 | $16,315.42 |

Page Subtotals:                                                                                         $0.00            $4,981.35

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-41210 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Barry Peters | Bank Name: | Associated Bank |
| | Julie Ann Peters | Account Number/CD#: | XXXXXX0056 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2702 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/16 | 1018 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sarah Lorber | Payment to trustee professional | 3320-000 | | $176.00 | $16,139.42 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.56 | $16,111.86 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.96 | $16,087.90 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.15 | $16,064.75 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.88 | $16,040.87 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.08 | $16,017.79 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.82 | $15,993.97 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.78 | $15,970.19 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.98 | $15,947.21 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.71 | $15,923.50 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.91 | $15,900.59 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.64 | $15,876.95 |

Page Subtotals: $0.00 $438.47

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-41210 | Trustee Name: | Joji Takada, Chapter 7 Trustee | |
| Case Name: | Barry Peters | Bank Name: | Associated Bank | |
| | Julie Ann Peters | Account Number/CD#: | XXXXXX0056 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2702 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/13/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.61 | $15,853.34 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $15,832.05 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.54 | $15,808.51 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.75 | $15,785.76 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.47 | $15,762.29 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.68 | $15,739.61 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.40 | $15,716.21 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.37 | $15,692.84 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.58 | $15,670.26 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.30 | $15,646.96 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.51 | $15,624.45 |

Page Subtotals: $0.00 $252.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-41210 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Barry Peters | Bank Name: Associated Bank |
| Julie Ann Peters | Account Number/CD#: XXXXXX0056 |
| | Checking |
| Taxpayer ID No: XX-XXX2702 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/13/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/18/17 | 7 | Douglas Peters | Settlement payment<br>Payment from Debtor's surviving family to payoff all claims/estate expenses in lieu of keeping case open to administer PI litigation | 1142-000 | $50,000.00 | | $65,624.45 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.79 | $65,567.66 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.47 | $65,470.19 |
| 03/01/18 | 1019 | Callero LLP, Callero and<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Distribution<br>Accounting professional fee | 3410-000 | | $986.62 | $64,483.57 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.92 | $64,395.65 |
| 06/04/18 | 1020 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $6,425.98 | $57,969.67 |
| 06/04/18 | 1021 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $17.24 | $57,952.43 |
| 06/04/18 | 1022 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | | | $7,663.48 | $50,288.95 |
| | | | | ($30.67) | 7990-000 | | |
| | | Discover Bank | Final distribution per court order. | ($7,632.81) | 7100-000 | | |
| 06/04/18 | 1023 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | | | $5,196.54 | $45,092.41 |

| | Page Subtotals: | $50,000.00 | $20,532.04 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-41210 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Barry Peters | Bank Name: | Associated Bank |
| | Julie Ann Peters | Account Number/CD#: | XXXXXX0056 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2702 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($20.79) | 7990-000 | | | |
| | | Capital One Bank (Usa) N. A. | Final distribution per court order. ($5,175.75) | 7100-000 | | | |
| 06/04/18 | 1024 | Red Carpet Enterprises<br>435 Pennsylvania Ave<br>Glen Ellyn, Il 60137 | Final distribution per court order. | | | $1,506.03 | $43,586.38 |
| | | | ($6.03) | 7990-000 | | | |
| | | Red Carpet Enterprises | Final distribution per court order. ($1,500.00) | 7100-000 | | | |
| 06/04/18 | 1025 | Wells Fargo Card Services<br>1 Home Campus<br>3Rd Floor<br>Des Moines, Ia 50328 | Final distribution per court order. | | | $20,093.36 | $23,493.02 |
| | | | ($80.40) | 7990-000 | | | |
| | | Wells Fargo Card Services | Final distribution per court order. ($20,012.96) | 7100-000 | | | |
| 06/04/18 | 1026 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | | | $8,088.13 | $15,404.89 |
| | | | ($32.36) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution per court order. ($8,055.77) | 7100-000 | | | |
| 06/04/18 | 1027 | Barry Peters and Julie Ann Peters | Distribution of surplus funds to debtor. | 8200-002 | | $15,404.89 | $0.00 |
| 07/23/18 | | Wells Fargo Card Services<br>1 Home Campus<br>3Rd Floor<br>Des Moines, Ia 50328 | Distribution | 7100-000 | | ($80.40) | $80.40 |

| | | | Page Subtotals: | | $0.00 | $45,012.01 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-41210 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Barry Peters | Bank Name: | Associated Bank |
| | Julie Ann Peters | Account Number/CD#: | XXXXXX0056 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2702 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/13/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/18 | | Wells Fargo Card Services<br>1 Home Campus<br>3Rd Floor<br>Des Moines, Ia 50328 | Distribution Reversal Communication from creditor; May have returned check in error; Original check from creditor retained; Reversed previous reversal in the event creditor wanted own check back. | 7100-000 | | $80.40 | $0.00 |
| 08/02/18 | | Wells Fargo Card Services<br>1 Home Campus<br>3Rd Floor<br>Des Moines, Ia 50328 | Distribution Returned distribution; After communicating with creditor, creditor still believed overage amount in error; Overage amount was for interest on claim because of surplus case; Will file with court as unclaimed funds. | 7100-000 | | ($80.40) | $80.40 |
| 08/02/18 | 1028 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Unclaimed Funds<br>Wells Fargo | 7100-000 | | $80.40 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $92,945.24 | $92,945.24 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $92,945.24 | $92,945.24 |
| Less: Payments to Debtors | $0.00 | $16,004.89 |
| Net | $92,945.24 | $76,940.35 |

Page Subtotals: $0.00  $80.40

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0056 - Checking | $92,945.24 | $76,940.35 | $0.00 |
|  | $92,945.24 | $76,940.35 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $7,719.55 |
| Total Net Deposits: | $92,945.24 |
| Total Gross Receipts: | $100,664.79 |

Page Subtotals:   $0.00   $0.00